```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  JERRY VALDIVIA, et al.,
12                  Plaintiffs,
13          v.                        CIV. NO. S-94-671 LKK/GGH
14  ARNOLD SCHWARZENEGGER, et al.,
15                  Defendants.
                                    /
16
    MICHAEL JAYNE,
17
                    Petitioner,
18
            v.                        CIV. NO. S-06-823 DFL/DAD P
19
    DIRECTOR OF CDC, et al.,          NON-RELATED CASE ORDER
20
                    Respondents.
21                                  /
```

22      The court has received the Notice of Related Cases concerning
23 the above-captioned cases filed May 3, 2006.  See Local Rule 83-
24 123, E.D. Cal. (1997).  The court has determined, however, that it
25 is inappropriate to relate or reassign the cases, and therefore
26 declines to do so.  This order is issued for informational purposes

```
 1  only, and shall have no effect on the status of the cases,
 2  including any previous Related (or Non-Related) Case Order of this
 3  court.
 4       IT IS SO ORDERED.
 5       DATED:  May 5, 2006
 6
 7                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
 8                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```