THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON JAYNE,** | No. CIV S-06-00823 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **DIRECTOR, California Department of Corrections and Rehabilitation, et al.,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondents are granted a thirty-day extension of time, to and including, June 29, 2006, within which to file a response to the petition.

On May 26, 2006, petitioner filed a motion requesting that the court order petitioner's release in light of respondents' failure to file their response as ordered by the court on April 24, 2006. In light of this order, the petitioner's motion is denied.

DATED: May 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jay0823.eot