IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL AARON JAYNE,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**DIRECTOR, California Dep't of Corr. and Rehab., et al.,**<br><br>　　　　　　　　　　Respondents. | CASE NO. CIV S-06-0823 DFL DAD P<br><br>**ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a seven-day extension of time, to and including, July 6, 2006, within which to file a response to the petition.

DATED: July 5, 2006.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:4
jayn823.eot2