IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Petitioner,               No. CIV S-06-0823 DFL DAD P

    vs.

DIRECTOR, California Dep't of Corr. and Rehab., et al.,

    Respondents.        ORDER
_____/

Petitioner has filed a second request for the appointment of counsel. For the reasons stated in the court's April 24, 2006 order, the motion will be denied.

Accordingly, IT IS HEREBY ORDERED that petitioner's July 31, 2006 motion for appointment of counsel is denied without prejudice.

DATED: September 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
jayn0823.110