IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Petitioner,                      No. CIV S-06-0823 DFL DAD P

    vs.

DIRECTOR, California Dep't
of Corr. and Rehab., et al.,

    Respondents.               ORDER

/

        Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 12, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis. If petitioner chooses to pursue this claim, it must be by way of 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2007, are adopted in full;

2. Respondent's July 6, 2006 motion to dismiss is denied;

3. Petitioner's July 31, 2006 motion for default judgment is denied; and

4. This action is dismissed as moot.

DATED:   March 16, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/jayn0823.805